**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00279-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD BLACK, and
2. GARY M. LUCKNER,

    Defendants.

---

**MINUTE ORDER**[1]

---

At the oral request of the parties, the change of plea hearings set for September 17, 2010, at 1:30 p.m., are **VACATED** and are **RESET** to **10:00 a.m.**, on September 17, 2010.

Dated: May 26, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.