**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00279-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RICHARD BLACK, and
2.  GARY M. LUCKNER,

    Defendants.

## ORDER

**Blackburn, J.**

The matter is before me on **Defendants' Joint Motion To Continue Sentencing Hearing** [#42][1] filed December 27, 2010, and **Defendants' Joint Supplemental Motion To Continue Sentencing Hearing and Request For Extension of Time To Respond To Presentence Investigation Report and File Pleadings Relevant To Sentencing** [#46] filed January 17, 2011.

Frankly, the government makes a cogent case in its responses, *see* [#43] and [#48], to deny the motions. However, counsel for the government indicates that he will be in the United States District Court for the District of Colorado on March 15, 2011, before the Honorable David M. Ebel in a sentencing hearing for a related defendant in case 10-cr-00278-DME. I can and will make time during the afternoon of March 15, 2011, at 3:00 p.m., and 4:00 p.m., respectively, to conduct sentencing hearings in this

---

[1] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

case. Thus, if the defendants are amenable to a continuance to the afternoon of March 15, 2011, then I will grant their motions; if not, I will deny their motions for the reasons stated and arguments advanced by the government in its responses to the motions.

**THEREFORE, IT IS ORDERED** that by January 26, 2011, each defendant **SHALL FILE** his notice either accepting or rejecting a continuance of his sentencing hearing to the afternoon of March 15, 2011,

Dated January 19, 2011, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge