**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00279-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RICHARD BLACK, and
2.  GARY M. LUCKNER,

      Defendants.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on the **Defendants' Joint Notice of
Acceptance of Continuance of Their Respective Sentencing Hearings to the
Afternoon of March 15, 2011** [#51] filed January 21, 2011.

**IT IS ORDERED** that the government shall file, by **January 31, 2011,** its
response to the hearing schedule proposed by the defendants in their joint notice at
page 2, paragraph 3.a.,b., and c.

Dated:  January 24, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E.
Blackburn, United States District Judge for the District of Colorado.